JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JEREMY LEE CAUSEY, an individual, VASILICA E. CAUSEY, an individual,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,

Defendants

Case No. 5:26-cv-04047-SVW-AS

*Assigned to Stephen V. Wilson*

**~~[PROPOSED]~~ JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

*Filed concurrently with Notice of Acceptance*

Action Filed: June 12, 2026
Removal Date: July 20, 2026
Trial Date: None Set

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs JEREMY LEE CAUSEY and VASILICA E. CAUSEY ("Plaintiffs"), submit the following Proposed Judgment, following Plaintiffs' acceptance of MERCEDES-BENZ USA, LLC's ("Defendant" or "MBUSA") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure:

# ~~[PROPOSED]~~ JUDGMENT

1. Without admitting liability, MBUSA will pay Plaintiffs JEREMY LEE CAUSEY and VASILICA E. CAUSEY the sum of $34,000.00 to settle Plaintiffs' claims against MBUSA in exchange for the subject 2025 Mercedes Benz CLA250C, VIN: W1K5J4GBXSN500907 ("Subject Vehicle"), inclusive of any outstanding pay off for the Vehicle, civil penalties and any incidental/consequential, punitive damages, prejudgment interest, and any and all liability claimed in this action (if there is an outstanding loan on the Subject Vehicle, MBUSA shall pay the lender the amount necessary to pay off the loan for the Subject Vehicle from the settlement sum, and Plaintiffs shall receive the entire remaining amount).

2. It is an express condition of this Offer that, if accepted, MBUSA will endeavor to perform its obligations no later than sixty (60) days of acceptance on a mutually agreeable date and location, with Plaintiffs returning the Subject Vehicle to a mutually agreeable authorized MBUSA dealership and on or before that same date executing all required California Department of Motor Vehicle forms, including but not limited to, DMV Form 262, necessary to transfer title of the Subject Vehicle to MBUSA free and clear of all liens and encumbrances (except for any loan for the purchase or refinance of the Subject Vehicle, which will be paid as stated above), and MBUSA providing Plaintiffs and Plaintiffs' lender, if any, with the check or checks necessary to obtain clear title for the Subject Vehicle after completion of surrender. It is a further express condition of this Offer that, if accepted, Plaintiffs will promptly provide current loan payoff information, a copy of the current registration of the Subject Vehicle, and a copy of the front and back sides of the Subject Vehicle's title (if available).

3. In addition, Plaintiffs may seek, and MBUSA will pay, an award of costs and expenses, and an award of attorney's fees recoverable pursuant to California

Civil Code Section 1794(d) by noticed motion pursuant to FRCP 54 if the parties cannot otherwise agree. If a motion is needed, Plaintiffs shall be deemed the prevailing party, but this shall not be construed as a waiver of MBUSA's rights to assert arguments in opposition thereto based on the reasonableness of the fees, costs or expenses sought. MBUSA will satisfy such funding obligations within sixty (60) days.

4. MBUSA will waive its fees, costs, and expenses in this action, should it have any as recoverable by law.

5. Plaintiffs will file a joint stipulated dismissal, with prejudice, as to the entire action, against all defendants, within ten (10) days after satisfaction of funding.

IT IS SO ORDERED:

DATED: September 9, 2026

Stephen V. Wilson
United States District Judge